IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENIS N. MINIHANE,

    Plaintiff,                                    No. C 11-01921 JSW

   v.                                          **ORDER TO SHOW CAUSE**

FEDERAL EXPRESS CORPORATION,

    Defendant.
                                            /

On November 29, 2011, Plaintiff filed a letter brief regarding a discovery dispute. Plaintiff's counsel stated that he attempted to meet and confer with Defendant's counsel before filing the letter brief, although it appears that counsel assigned to this case may have been unavailable at the time Plaintiff's counsel requested that they meet and confer.

However, Defendant is HEREBY ORDERED TO SHOW CAUSE why the requested relief set forth in Plaintiff's letter brief should not be granted or, in the alternative, why other sanctions, including monetary sanctions, should not be imposed. Defendant's response to this Order to Show Cause shall be due on or before December 7, 2011. If the parties are able to resolve this dispute in advance of that date, they shall file a notice with the Court, and the Court shall discharge this Order to Show Cause without further action.

**IT IS SO ORDERED.**

Dated: November 30, 2011

                                                              JEFFREY S. WHITE
                                                              UNITED STATES DISTRICT JUDGE