**David S. Wilson, III, Bar No. 174185**
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone:   (949) 862-4656
Facsimile:    (949) 862-4605
dswilson@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

**Mark C. Le Clerc, Bar No. 184531**
Christopher R. Le Clerc, Bar No. 233479
Le Clerc & Le Clerc LLP
235 Montgomery Street, #1019
San Francisco, CA 94104
Telephone (415) 445-0900
Facsimile (415) 445-9977

Attorney for Plaintiff
DENNIS N. MINIHANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS NEIL MINIHANE, <br><br>                    PLAINTIFF, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, a Delaware corporation, and DOES 1-20, Inclusive, <br><br>                    DEFENDANTS. | CASE NO.: C 11-01921 JSW <br><br> HON. JUDGE JEFFREY S. WHITE COURTROOM 11 <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES** <br><br> Complaint Filed: March 14, 2011 <br> Trial Date: August 27, 2012 |

Counsel for Plaintiff and counsel for Defendant have conferred regarding the matters addressed in this Stipulation and Proposed Order and respectfully request that this Court continue the expert witness discovery deadlines as set forth herein.

/////

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE EXPERT WITNESS DEADLINES
Minihane v. Federal Express Corp., Case No. C 11-01921 JSW

I.  RECITALS

WHEREAS, on **February 29, 2012**, this Court designated, on its own motion, David Kelley to mediate the within matter pursuant to Northern District local rules;

WHEREAS, counsel and mediator, David Kelley, have set the mediation date in this matter for **May 2, 2012**;

WHEREAS, previous to **February 29, 2012**, this Court designated **April 29, 2012**, as the deadline to exchange expert witness reports; **May 29, 2012**, as the deadline to exchange expert rebuttal information; and **June 29, 2012**, as the expert witness discovery cut-off;

WHEREAS, this matter is set for trial on **August 27, 2012**;

WHEREAS, the parties and counsel agree that it makes sense to continue all expert witness discovery deadlines by two weeks, to allow the parties the opportunity to resolve this matter out-of-court on **May 2, 2012**, before expending money, time, and resources on expert witness reports and discovery.

WHEREAS, counsel and the parties agree that a two-week extension of the expert witness discovery deadlines will neither conflict with nor have any effect on the trial date in this matter, set for **August 27, 2012**.

II.  STIPULATIONS

The parties, by and through counsel, hereby stipulate to continue the deadline to exchange expert witness reports from **April 29, 2012**, to **May 14, 2012**; the deadline to exchange expert rebuttal information from **May 29, 2012**, to **June 12, 2012**; and the deadline for expert witness discovery ("cut-off") from **June 29, 2012**, to **July 13, 2012**.

DATED: April 17, 2012   By:   /S/ David. S. Wilson, III
                              DAVID S. WILSON, III
                              Attorney for Defendant
                              FEDERAL EXPRESS CORPORATION

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE EXPERT WITNESS DEADLINES
Minihane v. Federal Express Corp., Case No. C 11-01921 JSW

DATED: April 17, 2012        By:    /S/ Mark C. Le Clerc
                                    MARK C. LE CLERC
                                    Attorney for Plaintiff
                                    DENIS NEIL MINIHANE

III.   [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: April 18, 2012

_____
HON. JUDGE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

3
STIPULATION AND PROPOSED ORDER TO CONTINUE EXPERT WITNESS DEADLINES
Minihane v. Federal Express Corp., Case No. C 11-01921 JSW