IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS N. MINIHANE,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 11-01921 JSW<br><br>**ORDER STRIKING OBJECTIONS TO EVIDENCE, GRANTING PLAINTIFF LEAVE TO REFILE, EXTENDING DEADLINE FOR REPLY AND CONTINUING HEARING, PRETRIAL AND TRIAL** |

On May 10, 2012, Plaintiff filed his opposition to Defendant's motion for summary judgment, and filed a separate brief setting forth his objections to Defendant's evidence. Pursuant to Northern District Civil Local Rule 7-3(a), "[a]ny evidentiary objections to the motion must be contained within the brief or memorandum." Accordingly, the Court HEREBY STRIKES Docket No. 51 from the record. The Court grants Plaintiff leave to file an amended opposition brief. Plaintiff may file a request for leave to file an oversized brief, but that request must be supported by a showing of good cause. Plaintiffs' amended brief shall be due by no later than May 25, 2012. The Court extends the deadline for Defendant to file its reply brief to June 8, 2012, and Defendant also must comply with Local Rule 7-3(c), which requires any evidentiary objections to be contained within the reply brief. If Defendant seeks to file an oversized reply brief, that request must be supported by a showing of good cause.

//

//

//

1  The Court HEREBY CONTINUES the hearing on the motion for summary judgment to
2  Friday, July 13, 2012, at 9:00 a.m., and continues the pretrial conference from July 30, 2012 to
3  September 10, 2012 at 2:00 p.m., and continues the trial from August 27, 2012 to October 1,
4  2012, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: May 11, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2