Mark C. Le Clerc, Esq. (SB# 184531)
**LE CLERC & LE CLERC LLP**
235 Montgomery Street, Ste. 1019
San Francisco, CA 94104
Telephone: (415) 445-0900
Fax: (415) 445-9977
Email: mark@leclerclaw.com

Attorneys for Plaintiff
DENIS N. MINIHANE

David S. Wilson III, Esq. (SB# 174185)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: (949) 862-4656
Fax: (949) 862-4605
Email: dswilson@fedex.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS NEIL MINIHANE, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL EXPRESS CORPORATION, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: C 11-01921 JSW <br><br> **NOTICE OF SETTLEMENT; STIPULATION; AND [PROPOSED] ORDER STAYING ACTION FOR SIXTY DAYS** <br><br> Complaint Filed: March 14, 2011 <br> Trial Date: October 1, 2012 <br><br> Honorable Jeffrey S. White |

1  *Whereas*, the parties to this action, Plaintiff Denis Neil Minihane and Defendant Federal
2  Express Corporation have reached a confidential settlement;
3  *Whereas,* the parties have reduced the agreement to writing and it has been executed;
4  *Whereas*, the parties wish to maintain the status quo while final details of the resolution
5  are carried out, including the exchange of consideration between the parties;
6  *Whereas*, the parties do not wish to waste their own or the Court's resources continuing
7  to litigate this action while final details are carried out;
8  *Whereas*, upon conclusion of the aforementioned final details, Plaintiff will file a
9  Request for Dismissal of this action, with prejudice;
10  IT IS HEREBY STIPULATED by the parties that the Court may enter an Order staying
11  the action in its entirety for a period of sixty calendar days from the date of entry of this
12  Stipulation and Order. In the event that the exchange of consideration between the parties is not
13  carried out, the parties will jointly contact the Court for further instructions.

DATED: July 10, 2012        LE CLERC & LE CLERC LLP

                            By    */s/ Mark Le Clerc*
                                Mark C. Le Clerc
                                Attorneys for Plaintiff
                                Denis Neil Minihane

DATED: July 10, 2012        FEDERAL EXPRESS CORPORATION

                            By    */s/ David S. Wilson III*
                                David S. Wilson III
                                Attorneys for Defendant
                                Federal Express Corporation

IT IS SO ORDERED.   **All pending dates are VACATED.**

DATED: July 11, 2012        _____
                            Hon. Jeffrey S. White
                            U.S. District Court Judge

---

1
Notice of Settlement; Stipulation; and [PROPOSED] Order
Minihane v. Federal Express Corp. (N.D. Cal., Case No. C 11-01921 JSW)