Mark C. Le Clerc, Esq. (SB# 184531)
**LE CLERC & LE CLERC LLP**
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone: (415) 445-0900
Fax: (415) 445-9977
Email: mark@leclerclaw.com

Attorneys for Plaintiff
DENIS NEIL MINIHANE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENIS NEIL MINIHANE, an individual,           )<br>                                                                    )<br>                  Plaintiff,                                     )<br>                                                                    )<br>          v.                                                         )<br>                                                                    )<br>FEDERAL EXPRESS CORPORATION,   )<br>                                                                    )<br>                  Defendant.                                 )<br>                                                                    ) | Case No.  C 11-01921 JSW<br><br>**REQUEST FOR DISMISSAL**<br><br>Complaint Filed: March 14, 2011<br>Trial Date:  October 1, 2012<br><br>Hon. Jeffrey S. White, presiding |

REQUEST FOR DISMISSAL
MINIHANE V. FEDERAL EXPRESS CORPORATION (CASE NO. C 11-01921 JSW)

1  Plaintiff Denis Neil Minihane hereby requests that this Court dismiss the within action in
2  the entirety with prejudice.
3  Each party to bear his/its own fees and costs.
4
5  DATED: August 3, 2012                         Le CLERC & Le CLERC LLP
6
7                                                By: _____S/_____
                                                    MARK C. Le CLERC
8                                                   Counsel for Plaintiff, DENIS NEIL MINIHANE
9
10                                                August 6, 2012

**GRANTED**
*Jeffrey S. White*
Judge Jeffrey S. White