Mark C. Le Clerc, Esq. (SB# 184531)
**LE CLERC & LE CLERC LLP**
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone: (415) 445-0900
Fax: (415) 445-9977
Email: mark@leclerclaw.com

Attorneys for Plaintiff
DENIS NEIL MINIHANE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DENIS NEIL MINIHANE, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL EXPRESS CORPORATION, ) <br> ) <br> Defendant. ) | Case No. C 11-01921 JSW <br><br> **REQUEST FOR DISMISSAL** <br><br> Complaint Filed: March 14, 2011 <br> Trial Date: October 1, 2012 <br><br> Hon. Jeffrey S. White, presiding |

1    Plaintiff Denis Neil Minihane hereby requests that this Court dismiss the within action in
2 the entirety with prejudice.
3    Each party to bear his/its own fees and costs.

5 DATED: August 3, 2012                Le CLERC & Le CLERC LLP

7                                      By: _____S/_____
                                          MARK C. Le CLERC
8                                         Counsel for Plaintiff, DENIS NEIL MINIHANE

                                       August 6, 2012



GRANTED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -
REQUEST FOR DISMISSAL
MINIHANE V. FEDERAL EXPRESS CORPORATION (CASE NO. C 11-01921 JSW)